# IN THE SUPREME COURT OF THE STATE OF NEVADA

TANISHA R. GARRISON,
Appellant,
vs.
TERRY PETERSON,
Respondent.

No. 77115

FILED

NOV 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on October 5, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. On October 15, 2018, the notice was returned by the United States Postal Service as not deliverable and unable to forward. To date, appellant has not paid the filing fee or contacted the court to update her mailing address. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Bill Henderson, District Judge, Family Court Division
Tanisha R. Garrison
Terry Peterson
Eighth District Court Clerk

18·42852